**Order entered January 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01117-CV

**JESUS ANTONIO GONZALEZ, Appellant**

**V.**

**BLUE CIEL TOWER DEVELOPMENT, LTD., HIC-GP, INC., HARWOOD INTERNATIONAL INCORPORATED, HARWOOD LIVING, LP, HARWOOD LIVING GP, LLC, ET AL., Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01134**

## ORDER

Before the Court is appellees' January 17, 2020 unopposed motion for a twenty-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 24, 2020.

/s/      ERIN A. NOWELL
JUSTICE